

# In the Missouri Court of Appeals
# Eastern District

JANUARY 27, 2015


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED100807    STATE OF MISSOURI, RES V JEFFREY R. WEINHAUS, APP

2.      ED100846 QUINCY THREATS, APP V. STATE OF MISSOURI, RES

3.      ED100999 PHILLIP SAMUELS, APP V FAIRFIELD CONDOMINIUM, RES

4.      ED101347 IN THE INTEREST OF B. J. M.

5.      ED101683 IN THE INTEREST OF:  DAK, ACK, LGK & MJT